SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

2. Case Administrator

FROM:    Financial Administrator

DATE: 12-2-2015

CASE NAME: Miskanin

CASE NUMBER: 10-28389

Check Number 967778 in the amount of $ 1,631.03 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 10578        Intake Clerk's Initials: [signature]

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

11/25/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| Pittsburgh, PA 15219 | | Erie, PA 16501 |

Re: ROBERT M. MISKANIN
KATHLEEN MISKANIN
Case No: 10-28389CMB

Dear Mr. Rhodes:

　I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
　These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.
.

Hsbc Bank Usa++
Pob 5213
Carol Stream,IL 60197

CHECK NUMBER 967778        AMOUNT $1631.03

　The disbursement(s) was returned to the Trustee for the following reason:

Bad Address

　Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Rosa Richard
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: DENNIS J SPYRA ESQ
ROBERT M. MISKANIN
KATHLEEN MISKANIN
Hsbc Bank Usa++